1064

[No. 47435-9-I. Division One. July 2, 2001.]

JOHN A. GEE, ET AL., *Respondents*, v. PRINCIPAL RESIDENTIAL MORTGAGE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-17842-6, Larry A. Jordan, J., entered September 6, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47536-3-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SIRRAY JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-01999-0, Dean Scott Lum, J., entered October 12, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47782-0-I. Division One. July 2, 2001.]

RANDALL J. PLUT, *Appellant*, v. THE DEPARTMENT OF DEVELOPMENT & ENVIRONMENTAL SERVICES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-00940-3, Philip G. Hubbard, Jr., J., entered May 28, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 48028-6-I. Division One. July 2, 2001.]

COVENTRY ASSOCIATES, *Appellant*, v. AMERICAN STATES INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-27958-2, Richard A. Jones, J., entered March 30, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Baker, J.